| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>PNC BANK, NATIONAL ASSOCIATION | Order Filed on December 13, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Phong H. Doherty<br>Elaine M. Doherty<br>Debtors | Case No.: 23-17858 JKS<br><br>Hearing Date: 12/14/2023 @ 8:30 a.m.<br><br>Judge: John K. Sherwood |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 13, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Phong H. Doherty & Elaine M. Doherty
Case No.: 23-17858 JKS
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, holder of a mortgage on real property located at 723 Oak Street, Boonton, NJ, 07005, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan [ECF No. 12], and the parties agreeing to resolve the objection according to the following terms:

It is **ORDERED** that Debtors shall pay the arrearage claim of Secured Creditor in full when same is filed through the Chapter 13 plan; and

It is **ORDERED** that Debtors shall make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **ORDERED** that Debtors reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **ORDERED** that Secured Creditor's objection to confirmation is hereby resolved.