WILLIAM L PEGG JR
133 WASHINGTON STREET
MORRISTOWN, NJ  07960

Re:  PHONG H. DOHERTY  
     ELAINE M. DOHERTY  
     723 OAK STREET  
     BOONTON,  NJ  07005  

Atty:  WILLIAM L PEGG JR  
      133 WASHINGTON STREET  
      MORRISTOWN, NJ  07960  

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 23-17858

### RECEIPTS AS OF 01/01/2024       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/19/2023 | $3,664.34 | | 11/20/2023 | $3,664.34 | |
| 12/19/2023 | $3,664.34 | | | | |

**Total Receipts: $10,993.02  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $10,993.02**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024      (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 879.45 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | (NEW) Prepetition | 44,103.60 | 100.00% | 0.00 | 44,103.60 |
| 0002 | PNC BANK NATIONAL ASSOCIATION | (NEW) Prepetition | 143,272.75 | 100.00% | 7,733.09 | 135,539.66 |
| 0003 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 23.63 | 100.00% | 0.00 | 23.63 |
| 0004 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 9.14 | 100.00% | 0.00 | 9.14 |

**Total Paid: $8,612.54**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $10,993.02    -    Paid to Claims: $7,733.09    -    Admin Costs Paid: $879.45    =    Funds on Hand: $2,380.48

**Chapter 13 Case # 23-17858**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.