Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

PHONG H. DOHERTY
ELAINE M. DOHERTY,

Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  23-17858 JKS

## NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | BANK OF AMERICA |
| Trustee Claim #: | 1 |
| Court Claim #: | |
| Claimed Amount: | $44,103.60 |
| Date Claim Filed: | UNFILED |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The above debt was contained in debtor(s) plan and Trustee has set up with reserve for this creditor until a proof of claim is filed with the Court.  In the event a proof of claim is not filed within sixty (60) days of this notice, the reserve will be removed and money will be disbursed to other creditors.  In the event that a proof of claim is filed at a later date, the Trustee will NOT seek refunds from creditors that received disbursements in the interim.

Dated: June 17, 2024

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

PHONG H. DOHERTY
ELAINE M. DOHERTY
723 OAK STREET
BOONTON, NJ    07005

WILLIAM L PEGG JR
133 WASHINGTON STREET
MORRISTOWN, NJ    07960

BANK OF AMERICA
C/O BURKE MOORE LAW GROUP, LLP
235 PEACHTREE ST. NE STE 1900
ATLANTA, GA    30303