UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
William L. Pegg Jr. 5528
133 Washington Street
Morristown, N.J. 07960
(973) 540-0202
Attorney for the Debtors

In Re:
Phong H. Doherty
Elaine M Doherty

Case No.: 23-17858

Judge: John Sherwood

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☒ Motion for Relief from the Automatic Stay filed by   PNC Bank, National Association   , creditor,

   A hearing has been scheduled for   August 22, 2024  , at  10am.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☐ Payments have been made in the amount of $   $2151.91  , but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
Debtor was not advised of the $472.72 mtg. payment increase starting on 1/1/24.
Debtor purposes to pay $3244.41 (after taking credit for the payment as stated above) on or before 8/30/24.
Debtor will increase monthly payments to $2624.31 commencing with the August 2024 payment and thereafter.

☒ Other **(explain your answer)**:
Debtor respectfully requests to be advised of the the reason for the $472.72 increase in the monthly payments due apparently to an increase in taxes or homeowners insurance.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: August 2, 2024

/s/ PHONG H. DOHERTY
Debtor's Signature

Date: August 2, 2024

/s/ ELAINE M. DOHERTY August
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

## Account Details

**Share Draft**
*817

**$22,278.03**
Available Balance

### Transaction Details

| Type | Keyword | Date |
|---|---|---|
| All | LOAN PYMT | Last 30 Days |

| From | To | Amount | Amount From | Amount To |
|---|---|---|---|---|
| 11/01/2022 | 8/02/2024 | | | |

Search    Clear Search                                                                 Hide advanced

### In Process Transactions

| Date | Description | Amount |
|---|---|---|
| There are no upcoming transactions. | | |

### Past Transactions

| Date | Description | Amount |
|---|---|---|
| Jul 29 | Withdrawal-ACH-A-PNC MAKE A PMT TELPNC MAKE A PMT (LOAN PYMT) | -$2,151.91 |
| Jun 06 | Withdrawal-ACH-A-PNC MAKE A PMT TELPNC MAKE A PMT (LOAN PYMT) | -$2,151.95 |
| May 30 | Withdrawal-ACH-A-PNC MAKE A PMT TELPNC MAKE A PMT (LOAN PYMT) | -$2,151.95 |
| Apr 29 | Withdrawal-ACH-A-PNC MAKE A PMT TELPNC MAKE A PMT (LOAN PYMT) | -$2,152.00 |
| Mar 29 | Withdrawal-ACH-A-PNC MAKE A PMT TELPNC MAKE A PMT (LOAN PYMT) | -$2,151.91 |
| Mar 01 | Withdrawal-ACH-A-PNC MAKE A PMT TELPNC MAKE A PMT (LOAN PYMT) | -$2,151.91 |
| Jan 25 | Withdrawal-ACH-A-PNC MAKE A PMT TELPNC MAKE A PMT (LOAN PYMT) | -$2,151.91 |
| Dec 20, 2023 | Withdrawal-ACH-A-PNC MAKE A PMT TELPNC MAKE A PMT (LOAN PYMT) | -$2,217.33 |
| Nov 07, 2023 | Withdrawal-ACH-A-PNC MAKE A PMT TELPNC MAKE A PMT (LOAN PYMT) | -$4,303.82 |