UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank

In Re:

Phong Doherty & Elaine Doherty,

Debtors.

Case No.:        23-17858-JKS

Chapter:                13

Hearing Date:    8/22/2024

Judge:            Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 723 Oak Street (Docket # 25)

_____

Date: 8/19/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*