WILLIAM L PEGG JR
133 WASHINGTON STREET
MORRISTOWN, NJ  07960

Re:  PHONG H. DOHERTY           Atty:  WILLIAM L PEGG JR
     ELAINE M. DOHERTY                  133 WASHINGTON STREET
     723 OAK STREET                     MORRISTOWN, NJ  07960
     BOONTON, NJ  07005

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
Chapter 13 Case # 23-17858

### RECEIPTS AS OF 01/01/2025                                (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/19/2023 | $3,664.34 | | 11/20/2023 | $3,664.34 | |
| 12/19/2023 | $3,664.34 | | 01/22/2024 | $3,664.34 | |
| 02/20/2024 | $3,664.34 | | 03/19/2024 | $3,664.34 | |
| 04/19/2024 | $3,664.34 | | 05/20/2024 | $3,664.34 | |
| 06/20/2024 | $3,664.34 | | 07/19/2024 | $3,664.34 | |
| 08/19/2024 | $3,664.34 | | 09/19/2024 | $3,664.34 | |
| 10/22/2024 | $3,664.34 | | 11/19/2024 | $3,664.34 | |
| 12/19/2024 | $3,664.34 | | | | |

**Total Receipts: $54,965.10  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $54,965.10**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025            (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
| | 01/08/2024 | $7,733.09 | 922,329 | 02/12/2024 | $2,577.70 | 923,716 |
| | 03/11/2024 | $2,577.70 | 925,155 | 04/15/2024 | $2,577.70 | 926,626 |
| | 05/10/2024 | $2,577.70 | 928,047 | 06/17/2024 | $2,577.70 | 929,507 |
| | 07/15/2024 | $2,577.70 | 930,930 | 08/19/2024 | $10,622.54 | 932,393 |
| | 09/16/2024 | $3,463.75 | 933,794 | 09/16/2024 | $17.37 | 933,794 |
| | 10/21/2024 | $3,463.75 | 935,251 | 10/21/2024 | $17.37 | 935,251 |
| | 11/18/2024 | $3,427.29 | 936,690 | 11/18/2024 | $17.19 | 936,690 |
| | 12/16/2024 | $3,427.29 | 938,089 | 12/16/2024 | $17.19 | 938,089 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,847.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-17858**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0002 | PNC BANK NATIONAL ASSOCIATION | (NEW) Prepetition A | 143,272.75 | 100.00% | 51,031.20 | 92,241.55 |
| 0003 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 23.63 | 100.00% | 0.00 | 23.63 |
| 0004 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 9.14 | 100.00% | 0.00 | 9.14 |
| 0005 | PNC BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 549.00 | 100.00% | 86.31 | 462.69 |

**Total Paid:  $54,965.10**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $54,965.10    -    Paid to Claims: $51,117.51    -    Admin Costs Paid: $3,847.59    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.