WILLIAM L PEGG JR
133 WASHINGTON STREET
MORRISTOWN, NJ 07960

Re: PHONG H. DOHERTY
ELAINE M. DOHERTY
723 OAK STREET
BOONTON, NJ 07005

Atty: WILLIAM L PEGG JR
133 WASHINGTON STREET
MORRISTOWN, NJ 07960

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 23-17858**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/19/2023 | $3,664.34 | | 11/20/2023 | $3,664.34 | |
| 12/19/2023 | $3,664.34 | | 01/22/2024 | $3,664.34 | |
| 02/20/2024 | $3,664.34 | | 03/19/2024 | $3,664.34 | |
| 04/19/2024 | $3,664.34 | | 05/20/2024 | $3,664.34 | |
| 06/20/2024 | $3,664.34 | | 07/19/2024 | $3,664.34 | |
| 08/19/2024 | $3,664.34 | | 09/19/2024 | $3,664.34 | |
| 10/22/2024 | $3,664.34 | | 11/19/2024 | $3,664.34 | |
| 12/19/2024 | $3,664.34 | | 01/21/2025 | $3,664.34 | |
| 02/20/2025 | $3,664.34 | | 03/19/2025 | $3,664.34 | |
| 04/21/2025 | $3,664.34 | | 05/19/2025 | $3,664.34 | |
| 06/20/2025 | $3,664.34 | | 07/21/2025 | $3,664.34 | |
| 08/19/2025 | $3,664.34 | | 09/19/2025 | $3,664.34 | |
| 10/21/2025 | $3,664.34 | | 11/19/2025 | $3,664.34 | |
| 12/19/2025 | $3,664.34 | | | | |

**Total Receipts: $98,937.18 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $98,937.18**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
| | 01/08/2024 | $7,733.09 | 922,329 | 02/12/2024 | $2,577.70 | 923,716 |
| | 03/11/2024 | $2,577.70 | 925,155 | 04/15/2024 | $2,577.70 | 926,626 |
| | 05/10/2024 | $2,577.70 | 928,047 | 06/17/2024 | $2,577.70 | 929,507 |
| | 07/15/2024 | $2,577.70 | 930,930 | 08/19/2024 | $10,622.54 | 932,393 |
| | 09/16/2024 | $3,463.75 | 933,794 | 09/16/2024 | $17.37 | 933,794 |
| | 10/21/2024 | $3,463.75 | 935,251 | 10/21/2024 | $17.37 | 935,251 |
| | 11/18/2024 | $3,427.29 | 936,690 | 11/18/2024 | $17.19 | 936,690 |
| | 12/16/2024 | $3,427.29 | 938,089 | 12/16/2024 | $17.19 | 938,089 |
| | 01/13/2025 | $3,427.29 | 939,511 | 01/13/2025 | $17.19 | 939,511 |
| | 02/10/2025 | $3,427.29 | 940,865 | 02/10/2025 | $17.19 | 940,865 |
| | 03/17/2025 | $3,427.29 | 942,284 | 03/17/2025 | $17.19 | 942,284 |

**Chapter 13 Case # 23-17858**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 04/14/2025 | $3,427.29 | 943,730 | 04/14/2025 | $17.19 | 943,730 |
| | 05/12/2025 | $3,427.29 | 945,171 | 05/12/2025 | $17.19 | 945,171 |
| | 06/16/2025 | $3,463.75 | 946,606 | 06/16/2025 | $17.37 | 946,606 |
| | 07/14/2025 | $3,463.75 | 948,040 | 07/14/2025 | $17.37 | 948,040 |
| | 08/18/2025 | $3,463.74 | 949,389 | 08/18/2025 | $17.38 | 949,389 |
| | 09/16/2025 | $3,463.75 | 950,733 | 09/16/2025 | $17.37 | 950,733 |
| | 10/20/2025 | $3,463.74 | 952,198 | 10/20/2025 | $17.38 | 952,198 |
| | 11/17/2025 | $3,427.29 | 953,647 | 11/17/2025 | $17.19 | 953,647 |
| | 12/15/2025 | $3,427.29 | 955,050 | 12/15/2025 | $17.19 | 955,050 |
| | 01/12/2026 | $3,427.29 | 956,459 | 01/12/2026 | $17.19 | 956,459 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 6,302.71 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PNC BANK NATIONAL ASSOCIATION | (NEW) Prepetition A | 143,272.75 | 100.00% | 92,340.96 | 50,931.79 |
| 0003 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 23.63 | 100.00% | 0.00 | 23.63 |
| 0004 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 9.14 | 100.00% | 0.00 | 9.14 |
| 0005 | PNC BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 549.00 | 100.00% | 293.51 | 255.49 |

**Total Paid: $98,937.18**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $98,937.18 - Paid to Claims: $92,634.47 - Admin Costs Paid: $6,302.71 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.